DAYLE ELIESON
United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6418
Email: robert.knief@usdoj.gov
*Attorneys for United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-0279-JAD-PAL |
| Plaintiff, | |
| vs. | STIPULATION TO RESET SENTENCING DATE |
| FEDEL SAKERS, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dale Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Christopher Oram, counsel for defendant Fedel Sakers, that the sentencing hearing currently set for Monday July 2, 2018 be reset for July 17, 2018, or a date thereabouts convenient for the Court.

This stipulation is entered into for the following reasons:

1. The victims of the charged offense are unable to attend the sentencing as currently scheduled.

2. Defendant is in custody and does not object to the continuance.

1

3. For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing date.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for a continuance filed herein.

DATED this 21st day of June, 2018.

                                            DAYLE ELIESON
                                            United States Attorney

*/s/ Christopher Oram*                      */s/ Robert Knief*
CHRISTOPHER ORAM                 ROBERT KNIEF
Counsel for Defendant                  Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FEDEL SAKERS,

    Defendant.

Case No.: 2:16-CR-0279-JAD-PAL

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The victims of the charged offense are unable to attend the sentencing as currently scheduled.

2. Defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing date.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein

sufficient time and the opportunity within which to be able to effectively prepare for sentencing, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing date in this matter is reset for July 17, 2018, at the hour of 10:00 a.m.

DATED this 21st day of June, 2018.

_____
HONORABLE JENIFFER A. DORSEY
UNITED STATES DISTRICT JUDGE